BANCO DI NAPOLI TRUST COMPANY OF NEW YORK, Respondent, v. GIACOMO G. LEVI and ANTHONY LEVI, Defendants, Impleaded with EMANUEL F. ROSENBAUM, Appellant.— Judgment, and order in so far as it grants plaintiff's motion

---

*Affd., 264 N. Y. 667.                    †Affd., 264 N. Y. 701.

for summary judgment, reversed, with costs to the appellant, and the said motion denied, on the ground that a triable issue is raised as to whether notice of dishonor was ever given to one who was defendant's " agent in that behalf." (See Neg. Inst. Law, § 168.) Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.